**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN E. MURPHY,**

      **Plaintiff,**

**v.**                                            **Case No:   6:14-cv-1842-Orl-31DAB**

**ACUMED, LLC,**

      **Defendant.**

## ORDER

Upon consideration of the Plaintiff's Affidavit Clarifying Amount in Controversy (Doc. 10-1), construed as a renewed motion to remand based on Plaintiff's representation he will only seek damages of less than $75,000.00 exclusive of costs and interest, and will not accept a damages award in excess of $75,000.00, it is

**ORDERED** that said Motion is **GRANTED**. The case is **REMANDED** to the Circuit Court, Volusia County, Florida. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 9, 2014.

                                                        GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party